(98 South. 924)

W. B. KANT v. A. H. OWENS.   (7 Div. 888.)
(Court of Appeals of Alabama.   Jan. 22, 1924.)
Appeal from Circuit Court, Talladega County;
A. P. Agee, Judge.

FOSTER, J.   Appeal dismissed.

---

(94 South. 925)

KELLY v. STATE.   (1 Div. 494.)   (Court of
Appeals of Alabama.   Nov. 21, 1922.)   Appeal from Circuit Court, Mobile County; Claude
A. Grayson, Judge.   Howard Kelly was convicted of receiving or concealing, etc., stolen
property, and he appeals.   Affirmed.

BRICKEN, P. J.   The grand jury of Mobile
county, at the Fall term, 1920, returned an indictment against this defendant (appellant
here), charging him with the offense of receiving or concealing, etc., stolen property, consisting of certain designated money, the property of Robert M. Peterson and Henry G. Peterson.   He was duly arraigned upon the indictment, and interposed a plea of not guilty, the
trial resulting in a verdict of guilty, to wit:
"We, the jury, find the defendant guilty as
charged of receiving $20 of the stolen money."
No fine was assessed by the jury, and, in accordance with the statute, the court, after having adjudged the defendant guilty, duly sentenced him to hard labor for the county for a
term of three months.   From this judgment he
appeals, and the cause is here submitted upon
the record proper, there being no bill of exceptions.   The time for filing a bill of exceptions has expired.   There is no error of a reversible nature apparent on the record.   The
proceedings appear to be regular in all respects.   The judgment appealed from is therefore affirmed.   Affirmed.

---

(97 South. 924)

Solomon KELLY v. STATE.   (4 Div. 715.)
(Court of Appeals of Alabama.   March 6, 1923.
Rehearing Denied June 26, 1923.)   Appeal
from Circuit Court, Barbour County; J. S.
Williams, Judge.   McDowell & McDowell, of
Eufaula, for appellant.   Harwell G. Davis,
Atty. Gen., for the State.

SAMFORD, J.   Affirmed.

---

(98 South. 924)

Albert KENDRICK v. STATE.   (1 Div.
520 )   (Court of Appeals of Alabama.   Nov. 27,
1923.)   Appeal from Circuit Court, Mobile
County; Joel W. Goldsby, Judge.

BRICKEN, P. J.   Affirmed.

---

(96 South. 941)

KING v. STATE.   (8 Div. 45.)   (Court of
Appeals of Alabama.   May 29, 1923.)   Appeal
from Morgan County Court; W. T. Lowe,
Judge.

FOSTER, J.   Affirmed.

---

(95 South. 925)

KIRKLAND v. STATE.   (7 Div. 804.)
(Court of Appeals of Alabama.   Jan. 16, 1923.)

Appeal from Circuit Court, Shelby County;
W. L. Longshore, Judge.

BRICKEN, P. J.   Appeal dismissed.

---

(98 South. 924)

D. H. KNIGHT v. STATE.   (5 Div. 487.)
(Court of Appeals of Alabama.   Nov. 27, 1923.)
Appeal from Circuit Court, Chambers County;
S. L. Brewer, Judge.

BRICKEN, P. J.   Appeal dismissed.

---

(98 South. 924)

John J. KYSER v. ELYTON COAL CO.   (6
Div. 267.)   (Court of Appeals of Alabama.
Dec. 18, 1923.)   Appeal from Circuit Court,
Jefferson County; C. B. Smith, Judge.   Weatherly, Birch & Hickman, of Birmingham, for appellant.   J. H. Ward, of Birmingham, for appellee.

SAMFORD, J.   Appeal dismissed.

---

(95 South. 925)

KYSER MFG. CO. v. HAWKINS.   (6 Div.
60.)   (Court of Appeals of Alabama.   Jan. 9,
1923.)   Appeal from Circuit Court, Jefferson
County; J. J. Curtis, Judge.   Cabaniss, Johnston, Cocke & Cabaniss, of Birmingham, for
appellant.   Rudulph & Smith, of Birmingham,
for appellee.

BRICKEN, P. J.   Appeal dismissed by
agreement.

---

(94 South. 925)

LA GRAVE v. STATE.   (1 Div. 505.)   (Court
of Appeals of Alabama.   Nov. 21, 1922.)   Appeal from Circuit Court, Mobile County; Joel
W. Goldsby, Judge.

BRICKEN, P. J.   Defendant was convicted
in the inferior criminal court of Mobile of a violation of the prohibition laws.   He appealed to
the circuit court of Mobile county, where the
jury returned a verdict of guilty.   From judgment thereon he has appealed to this court.
The appeal is upon the record proper, there
being no bill of exceptions.   The time for filing
a bill of exceptions has expired.   A careful examination of the record discloses that the proceedings were regular in all respects, and that
no error is apparent thereon.   It follows that
the judgment of the circuit court must be affirmed.   Affirmed.

---

(95 South. 925)

LANGSTON v. STATE.   (7 Div. 862.)
(Court of Appeals of Alabama.   Feb. 6, 1923.)
Appeal from Circuit Court, De Kalb County;
W. W. Haralson, Judge.

SAMFORD, J.   Affirmed.

---

(95 South. 925)

LANGSTON v. STATE.   (7 Div. 863.)
(Court of Appeals of Alabama.   April 17,
1923.)   Appeal from Circuit Court, De Kalb
County; W. W. Haralson, Judge.

FOSTER, J.   Affirmed.